IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CATLIN SYNDICATE LIMITED                                                          PLAINTIFF

VS.                                                            C. A. NO. 1:08-CV-97-HSO-JMR

IMPERIAL PALACE OF MISSISSIPPI, INC.
AND IMPERIAL PALACE OF MISSISSIPPI, LLC                              DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on to be heard on the joint motion of Plaintiff, Catlin Syndicate Limited and Defendants, Imperial Palace of Mississippi, Inc. and Imperial Palace of Mississippi, LLC, and the Court having been advised that the parties have reached an agreement to the dismissal of all claims in the above referenced matter, the Court does hereby:

**ORDER AND ADJUDGE** that the claims of Plaintiff, Catlin Syndicate Limited, hereby dismissed with prejudice as to Defendants, Imperial Palace of Mississippi, Inc. and Imperial Palace of Mississippi, LLC, with each party bearing their own respective costs and attorney's fees;

**ORDER AND ADJUDGE** that the claims of Counter-Plaintiffs, Imperial Palace of Mississippi, Inc. and Imperial Palace of Mississippi, LLC, as to Catlin Syndicate Limited are hereby dismissed with prejudice as to Counter-Defendant, Catlin Syndicate Limited, with each party bearing their own respective costs and attorney's fees.

**ORDER AND ADJUDGE** that the Clerk of the Court is hereby directed to forthwith enter this Agreed Order of Dismissal with Prejudice, there being no just cause for delay.

So **ORDERED AND ADJUDGED** this 5th day of January, 2011.

_s/ Halil Suleyman Ozerden_
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

PD.4608958.1

Agreed as to form and content:


 _/s/ Kyle S. Moran_____
KYLE S. MORAN, MSB #10724
Phelps Dunbar LLP
North Court One, Suite 300
2304 19th Street
Gulfport, MS 39501
**_Counsel on behalf of Plaintiff_**


 _/s/ W. Mark Edwards_____
W. MARK EDWARDS, MSB #8935
Page, Mannino, Peresich & McDermott, PLLC
759 Vieux Marche Mall
Post Office Drawer 289
Biloxi, MS 39533
**_Counsel for Defendants, Imperial Palace of Mississippi, Inc._**
**_and Imperial Palace of Mississippi, LLC_**